**No. 62604.**—B. R. Anderson & Co. and Border Brokerage Company *v.* United States, protests 233273–K and 312716–K (Seattle).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiffs was sustained.

**No. 62605.**—Verona Chemical Co. *v.* United States, protest 328064–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of "Oak Moss Absolute Mousse Extra and Oak Moss Absolute Mousse Verte" and that the issue is the same in all material respects as that the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiff was sustained.

**No. 62606.**—Harold Smith *v.* United States, protest 153400–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiff was sustained.